

Neil E. McDonell (NM-1715)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
(212) 415-9200

Attorneys for Defendant JED Oil Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PORTSIDE GROWTH AND OPPORTUNITY
FUND,

              Plaintiff,

     -against-

JED OIL INC.,

             Defendant.

------------------------------------------------------------------X

07-Civ-7305 (SAS)

**(electronically filed)**

## NOTICE OF DISMISSAL

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41, Defendant, JED Oil Inc., hereby dismisses this action, without prejudice.

    Yesterday, on August 15, 2007, Defendant filed Notice of Removal, to remove this case from the Supreme Court of the State of New York, County of New York, to this Court, based on diversity jurisdiction. As a result of further investigation after filing the Notice of Removal, Defendant learned that complete diversity does not exist between the parties. Because Defendant has learned this so soon after filing the Notice of Removal, no Notice of Notice of Removal has

been filed in the New York Supreme Court action commenced by Plaintiff. Accordingly, no remand is necessary. This action may simply be dismissed.

Dated: New York, New York
      August 16, 2007

**DORSEY & WHITNEY LLP**

By: _____
Neil E. McDonell (NM-1715)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
(212) 415-9200

Attorneys for Defendant JED Oil Inc.

TO:    Thomas J. Fleming, Esq.
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

Attorneys for Plaintiff Portside Growth and Opportunity Fund

SO ORDERED.

Dated:  New York, New York
       August / /2007

_____
Shira A. Scheindlin
United States District Judge